No. 44210.—Protest 11572–K of G. Marinos & Sons (New York).

Opinion by CLINE, J.   No evidence was offered in support of the claims made. On the record presented the protest was overruled.

BEFORE THE FIRST DIVISION, AUGUST 20, 1940

No. 44211.—Protests 806154–G, etc., of Dun Hats, Inc., et al. (New York).

Opinion by BROWN, J.   It was stipulated that the merchandise consists of bodies, hoods, forms, or shapes similar to that the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314).   The protests were sustained accordingly.

No. 44212.—Protest 886814–G of A. Hirschberger (New York).

Opinion by BROWN, J.   It was stipulated that the merchandise consists of bodies, hoods, forms, or shapes similar to that the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314).   The protest was sustained accordingly.

No. 44213.—Protests 886815–G, etc., of Katz-Berk Hat Body Corp. (New York).

Opinion by BROWN, J.   It was stipulated that the merchandise consists of bodies, hoods, forms, or shapes similar to that the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314).   The protests were sustained accordingly.

No. 44214.—Protest 891712–G of Carl Rudder, Inc. (New York).

Opinion by BROWN, J.   It was stipulated that the merchandise consists of bodies, hoods, forms, or shapes similar to that the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314).   The protest was sustained accordingly.

AUGUST 19, 1940

No. 44215.—Suit 4250.— *United States* v. *E. E. Holler.* C. D. 123 affirmed.   C. A. D. 132.

AUGUST 20, 1940

No. 44216.—Suit 4284.— *H. E. Warner, Trustee, American Mail Line, Ltd.* v. *United States.* affirmed. C. A. D. 136.